# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141121

LLOYD WALTON WILLIAMS, JR.
        Plaintiff-Appellant,

v

MARIA CRISTINA CHAVEZ-WILLIAMS,
        Defendant-Appellee.

SC: 141121
COA: 293536
Genesee Circuit Court Family
Division: 03-250460-DM

_____/

      On order of the Court, the application for leave to appeal the April 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2010

_____
Clerk

d0615